# Exhibit C

AMERIQUEST®
MORTGAGE COMPANY

***Via Federal Express***

November 28, 2005

Charles F. Parisi
112 Hazard Avenue
Warwick RI 02889

| | | |
|---|---|---|
| ***re:*** | ***Borrower(s):*** | ***Charles F. Parisi*** |
| | ***Loan Number:*** | ***0071845986*** |
| | ***Property Address:*** | ***112 Hazard Avenue Warwick RI 02889*** |

Mr. Parisi,

We received your correspondence dated November 23rd, 2005 regarding the recession of the loan mentioned above.

A copy of the **Notice of Right To Cancel, One Week Cancellation Period,** and **Understanding Your Loan** Forms are included with this letter. All these documents completely an accurately disclose how to, an under what conditions you can rescind on your loan. This was stated multiple times through out these documents. Please note that all of these forms were signed by you.

Finally, please be advised that by federal law you have 3 days to rescind the loan while you review documents and shop for a more beneficial refinance. Ameriquest Mortgage Company goes an extra step and adds an additional 4 days to this. This means that the rescission period was 7 days that is more than twice the federal mandate.

If you should need further information or assistance, please call me at 1-800-523-3964, extension 22165.

Sincerely,

Oscar A. Burga
Ameriquest Mortgage
Customer Resolution Specialist

Cc: Christopher M. Lefebvre



EQUAL HOUSING LENDER