# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| CHARLES F. PARISI,<br><br>Plaintiff,<br><br>v.<br><br>AMERIQUEST MORTGAGE COMPANY,<br><br>Defendant. | C.A. No. 05-0530-T |

## ENTRY OF APPEARANCE

Steven E. Snow and Carolyn P. Medina hereby enter their appearance on behalf of the Defendant Ameriquest Mortgage Company in the above-noted action.

AMERIQUEST MORTGAGE COMPANY

By Its Attorneys,

PARTRIDGE SNOW & HAHN LLP

Steven E. Snow (#1774)
Carolyn P. Medina (#7109)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX

DATED: March 24, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing ENTRY OF APPEARANCE was mailed, postage prepaid, on this 24 day of March, 2006 to:

Christopher M. Lefebvre, Esq.
Christopher M. Lefebvre & Sons
P.O. Box 479
Pawtucket, RI 02862

Betty A. Bentley

847927_1