IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| CHARLES F. PARISI,<br><br>Plaintiff,<br><br>v.<br><br>AMERIQUEST MORTGAGE COMPANY,<br><br>Defendant. | C.A. No. 05-0530-T |

**ASSENTED TO MOTION TO ENLARGE TIME**
**TO RESPOND TO THE COMPLAINT**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, defendant Ameriquest Mortgage Company ("Ameriquest") respectfully requests that the Court enlarge the time within which it may answer or otherwise respond to plaintiff's Complaint ("Complaint") up through and including April 12, 2006. As grounds for the motion, Ameriquest states:

1. Defendant Ameriquest was served with the Complaint and summons to respond thereto on December 30, 2005.

2. Plaintiff's counsel agreed to extend the time by which Ameriquest was to answer or otherwise respond to the Complaint.

3. This action is designated as a "tag-along" action and subject to a conditional transfer order ("CTO-1") to the U.S. District Court for the Northern District of Illinois (Hon. Marvin E. Aspen) in the MDL proceeding styled as In re Ameriquest Mortgage Co. Mortgage

Lending Practices Litigation, MDL-1715. The action is not yet the subject of a final transfer order.

4. To permit it sufficient time to answer or otherwise respond to the Complaint, Ameriquest seeks to extend the period in which it may do so up to and including April 12, 2006.

5. Plaintiff has assented to this motion.

WHEREFORE, defendant Ameriquest Mortgage Company respectfully requests that the Court enlarge the time within which it may answer or otherwise respond to the Complaint up through and including April 12, 2006.

Respectfully submitted,

AMERIQUEST MORTGAGE COMPANY,

By its attorneys,

Steven E. Snow (#1774)
Carolyn P. Medina (#7109)
Partridge Snow & Hahn LLP
180 South Main Street
Providence, RI 02903
(401) 861-8200 (phone)
(401) 861-8210 (fax)

*Of Counsel*
R. Bruce Allensworth
Irene C. Freidel
Brian M. Forbes
Kirkpatrick & Lockhart Nicholson Graham LLP
75 State Street
Boston, MA 02109
(617) 261-3100 (phone)
(617) 261-3175 (fax)

Dated: March 24, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the within Assented to Motion to Enlarge Time to Respond to the Complaint was mailed this 24 day of March, 2006 to:

Christopher M. Lefebvre, Esq.
Christopher M. Lefebvre & Sons
P.O. Box 479
Pawtucket, RI 02862

Betty A. Bentley

847917_1/99998-75