# Ameriquest Mortgage Company

Date: February 26, 2004

Loan Number: 21678027

Lender Name: COUNTRYWIDE HOME LOANS

Borrower Name: Charles F Parisi

Lender Address:
450 AMERICAN ST
SIMI VALLEY, CA 93065

Property Address:
112 Hazard Avenue
WARWICK , RI 02889

To Whom It May Concern:

The above named borrower has an outstanding mortgage loan with you secured by the property listed above.

Enclosed please find a payoff check in the amount of $ 108,708.21 which represents payment in full of your loan.

If you have any questions regarding this payoff, please contact:

Ameriquest Mortgage Company
300 Centerville Rd., # 103 S
Warwick, RI 02886

(401)737-0336

Demand is made herein that upon receipt of this payoff you prepare either a release of Mortgage or a Reconveyance of the Deed of Trust. If you have collected funds for the recordation of said release or reconveyance, please forward them to the County Recorders Office for recording. Otherwise, forward to:

**AMERIQUEST MORTGAGE COMPANY**
**ATTN: AGNES SANCHEZ**
**P.O. BOX 11507**
**SANTA ANA, CA 95825**

Sincerely,

AMERIQUEST MORTGAGE COMPANY

00000071845986080520030З

0071845986 - 5594

890 (02/02)