*FROM THE OFFICE OF THE*

FAMILY AND CONSUMER LAW CENTER

*WWW.RICONSUMERLAW.COM*

CLAUDE F. LEFEBVRE
CHRISTOPHER M. LEFEBVRE, P.C.

*ATTORNEYS & COUNSELORS AT LAW*

November 16, 2005

Ameriquest Mortgage Company
1100 Town and Country Road
Suite 200
Orange, CA 92868

**Re: Notice of Rescission by Charles F. Parisi, 112 Hazard Ave. Warwick, RI 02889, Loan Number: 0071845986, Closing Date:02/26/2004.**

To Whom It May Concern:

I represent Charles F. Parisi concerning the mortgage loan transaction he entered into with Ameriquest Mortgage Corporation on February 26, 2004. Please be advised that I have been authorized by my client to rescind that transaction and hereby exercise that right pursuant to the Federal Truth In Lending Act, 15 U.S.C. Section 1635 and Regulation Z, Section 226.23.

The primary basis for the rescission is that Mr. Parisi was given incomplete and therefore inaccurate notices of his right to cancel the above consumer credit contract, in violation of 15 U.S.C. Section 1635(a) and Regulation Z, Sections 226.17 and 226.23.

The security interest held by Ameriquest Mortgage Corporation on the Parisi's property located at 112 Hazard Avenue, Warwick is void as of this rescission. Pursuant to Regulation Z, you have twenty days after receipt of this Notice of Rescission to return to my client all monies paid and to take action necessary and appropriate to terminate the security interest.

**Very truly yours,**
**Charles F. Parisi,**
**By his Attorney,**

**Christopher M. Lefebvre**
**P. O. Box 479**
**Pawtucket, RI 02862**

**CERTIFIED MAIL-RETURN RECEIPT REQUESTED**

cc: Charles F. Parisi