**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **CHARLES F. PARISI**<br>**Plaintiff,** | : | **C.A. No. 05-530-T** |
| **v.** | : | |
| **AMERIQUEST MORTGAGE COMPANY**<br>**Defendant.** | : | |

**DEFENDANT AMERIQUEST MORTGAGE COMPANY'S
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant Ameriquest Mortgage Company ("Ameriquest") hereby discloses that it is a wholly owned subsidiary of ACC Capital Holdings Corporation and that there is no publicly held company that owns 10% or more of Ameriquest's stock.

Respectfully submitted,

AMERIQUEST MORTGAGE COMPANY

By its attorneys,

PARTRIDGE SNOW & HAHN LLP

Steven E. Snow (CPM/7109)

Carolyn P. Medina

Steven E. Snow (#1774)
(ses@psh.com)
Carolyn P. Medina (#7109)
(cpm@psh..com)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 (facsimile)

*Of counsel:*

R. Bruce Allensworth
(ballensworth@klng.com)
Irene C. Freidel
(ifreidel@klng.com)
Eileen E. Pott
(epott@klng.com)
KIRKPATRICK & LOCKHART
NICHOLSON GRAHAM LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111
(617) 261-3100

Dated: April 13 2006.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of Defendant Ameriquest Mortgage Company's Corporate Disclosure Statement was mailed, postage prepaid, this 13th day of April, 2006 to:

Christopher M. Lefebvre, Esq.
Christopher M. Lefebvre & Sons
P.O. Box 479
Pawtucket, RI 02862

______________________________