A CERTIFIED TRUE COPY

MAR 28 2006

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED

APR - 4 2006

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 28 2006

FILED
CLERK'S OFFICE

*DOCKET NO. 1715*

06CV1927
Judge Aspen

## *BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

## *IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION*

*(SEE ATTACHED SCHEDULE)*

## *ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER*

A conditional transfer order was filed in the eight District of Rhode Island actions listed on the attached Schedule A on February 27, 2006. Prior to expiration of that order's fifteen-day stay of transmittal, plaintiffs in these eight actions filed a notice of opposition to the proposed transfer. Plaintiffs subsequently failed to file the required motion and brief to vacate the conditional transfer order.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-1" filed on February 27, 2006, is LIFTED insofar as it relates to the eight actions listed on the attached Schedule A, and thus these actions are transferred to the Northern District of Illinois for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Marvin E. Aspen.

FOR THE PANEL:

Michael J. Beck
Michael J. Beck
Clerk of the Panel

A TRUE COPY-ATTEST
MICHAEL W. DOBBINS, CLERK
By [signature]
DEPUTY CLERK
U. S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
DATE: 04/12/06

# SCHEDULE A

MDL-1715 -- In re Ameriquest Mortgage Co. Mortgage Lending Practices Litigation

District of Rhode Island

*Eddy G. Pena v. Ameriquest Mortgage Co.*, C.A. No. 1:05-527 — Our Case 06CV1924
*Richard Daneau v. Ameriquest Mortgage Co.*, C.A. No. 1:05-528 – Our Case 06CV1925
*Maria S. Eyre v. Ameriquest Mortgage Co.*, C.A. No. 1:05-529 – Our Case 06CV1926
*Charles F. Parisi v. Ameriquest Mortgage Co.*, C.A. No. 1:05-530 – Our Case 06CV1927
*Karleen M. Frost v. Ameriquest Mortgage Co.*, C.A. No. 1:05-531 – Our Case 06CV1928
*Richard J. Silvia v. Ameriquest Mortgage Co.*, C.A. No. 1:05-532 – Our Case 06CV1929
*Joseph F. Creamer, III v. Ameriquest Mortgage Co.*, C.A. No. 1:05-533 → Our Case 06CV1930
*Renee Leclerc v. Ameriquest Mortgage Co.*, C.A. No. 1:05-538 → Our Case 06CV1931

**INVOLVED COUNSEL LIST**
**DOCKET NO. 1715**
**IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION**

Christopher M. Lefebvre
Law Offices of Claude Lefebvre & Sons
P.O. Box 479
Pawtucket, RI 02862

Carolyn P. Medina
Partridge, Snow & Hahn LLP
180 South Main Street
Providence, RI 02903